CAUSE NO: 05-09-01368-CR/WR-82,314-01

JOHN EDWARD HALL
        PETITIONER

VS.

THE STATE OF TEXAS
        RESPONDENT

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

§ IN THE TEXAS COURT

§ OF

§ CRIMINAL APPEALS

## MOTION FOR EXTENSION OF TIME TO FILE PDR

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, JOHN EDWARD HALL, PETITIONER, AND FILES THIS MOTION FOR AN EXTENSION OF SIXTY (60) DAYS IN WHICH TO FILE A PETITION FOR DISCRETIONARY REVIEW. IN SUPPORT OF THIS MOTION, PETITIONER SHOWS THE COURT THE FOLLOWING:

### I.

THE PETITIONER WAS CONVICTED IN THE 363RD DISTRICT COURT OF DALLAS COUNTY, TEXAS OF THE OFFENCE OF MURDER IN THE CAUSE NO. F08-63139, STYLED THE STATE OF TEXAS VS. JOHN EDWARD HALL. THE PETITIONER APPEALED TO THE COURT OF APPEALS, FIFTH DISTRICT SUPREME JUDICIAL DISTRICT. APPEALS NO. 05-09-01368-CR. THE CASE WAS AFFIRMED ON APRIL 12, 2011.

### II.

THE PRESENT DEADLINE FOR FILING THE PETITION FOR DISCRETIONARY REVIEW IS JAN. 15, 2015. THE PETITIONER HAS NOT REQUESTED ANY EXTENSION PRIOR TO THIS REQUEST.

FILED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk

## III.

PETITIONER'S REQUEST FOR AN EXTENSION IS BASED UPON THE FOLLOWING FACTS: PETITIONER WAS NOT INFORMED OF THE DECISION OF THE COURT OF APPEALS IN AFFIRMING HIS CASE UNTIL JULY 26, 2011. SINCE THAT TIME PETITIONER HAS BEEN ATTEMPTING TO GAIN LEGAL REPRESENTATION IN THIS MATTER. HIS ATTORNEY ON THE APPEAL, ALAN FISHBURN, HAS INFORMED PETITIONER THAT HE WILL NOT REPRESENT HIM ON THE PETITION FOR DISCRETIONARY REVIEW.

WHEREFORE, PETITIONER PRAYS THIS COURT GRANT THIS MOTION AND EXTEND THE DEADLINE FOR FILING THE PETITION FOR DISCRETIONARY REVIEW IN CAUSE NO. WR-82,314-01 TO MARCH 15, 2015.

RESPECTFULLY SUBMITTED,

*John Edward Hall*

PETITIONER PRO SE
TDCJ# 1608233
TEXAS DEPARTMENT OF CRIMINAL JUSTICE

### CERTIFICATE OF SERVICE

I, JOHN EDWARD HALL, DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING MOTION FOR EXTENSION OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW, HAS BEEN FORWARDED BY UNITED STATES MAIL, POSTAGE PREPAID, FIRST CLASS, TO THE STATE PROSECUTING ATTORNEY, P.O. BOX 12405, AUSTIN, TX 78711, AND THE DISTRICT ATTORNEY FOR DALLAS COUNTY, ELAINE EVANS, 133 N. RIVERFRONT, DALLAS, TX. 75207 ON THIS THE 29th DAY OF DECEMBER, 2014.

*John Edward Hall*

PETITIONER PRO-SE

DATE: 12-29-14

Ms. LOUISE PEARSON, CLERK
COURT OF CRIMINAL APPEALS
P.O. BOX 12308
AUSTIN, TX 78711


DEAR MS. PEARSON:

ENCLOSED PLEASE FIND MY PRO SE PETITION MOTION FOR EXTENSION OF TIME
TO FILE A PETITION FOR DISCRETIONARY REVIEW. PLEASE FILE THIS MOTION WITH THE PAPERS
OF THIS CASE AND BRING IT TO THE ATTENTION OF THE COURT.

PLEASE DATE-STAMP THIS LETTER AND RETURN IT TO ME AT THIS ADDRESS SHOWN
BELOW.

I ALSO REQUEST THAT YOU NOTIFY ME OF THE COURTS RULING ON MY MOTION.

SINCERELY,

John Edward Hall
PETITIONER PRO SE
TDCJ # 1608233
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
UNIT: JAMES V. ALLRED
ADDRESS: 2101 FM 369 N
IOWA PARK, TX 76367